

# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2015

No. 04-15-00622-CV

**IN RE IPSECURE, INC.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Chief Justice
                     Rebeca C. Martinez, Justice
                     Jason Pulliam, Justice

On October 2, 2015, relator filed a petition for writ of mandamus with a motion for emergency temporary stay. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition in this court no later than October 23, 2015.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for emergency temporary stay is GRANTED. The enforcement of the trial court's Order on Plaintiff's Motion to Compel Answers to Discovery, signed October 2, 2015, is TEMPORARILY STAYED as to Requests for Production Nos. 1 and 7 only, pending further order of this court.

It is so **ORDERED** on October 2, 2015.

**PER CURIAM**

ATTESTED TO:_____
                Keith E. Hottle
                Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014-CI-02257, styled *James E. Carrales v. Jesse A. Rodriguez and IPSecure, Inc.*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Peter A. Sakai presiding.